# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RYAN SIMMONS,<br><br>  Defendant. | MEMORANDUM DECISION<br>AND ORDER<br><br>Case No. 2:13CR373DAK |

Defendant Ryan Simmons has filed a second Motion for Early Termination of Supervised Release. On December 5, 2013, the court denied Mr. Simmons' earlier motion, but the court noted in its Memorandum Decision and Order that it would be willing to consider another motion after an additional six months of supervision.[1] Now that almost seven months have passed, and after considering the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court is satisfied that early termination of supervised release is warranted by the conduct of the defendant and is the interest of justice. Therefore, Mr. Simmons' Motion for Early Termination of Supervised Release is GRANTED.

DATED this 1st day of July, 2014.

_____
DALE A. KIMBALL
United States District Judge

---

[1] Docket No. 5.